# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| U N I T E D  S T A T E S, | ) | Misc. Dkt. No. 2014-03 |
| Respondent | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF DOCKETING** |
| Staff Sergeant (E-5) | ) | |
| DUSTIN S. PURDY, | ) | |
| USAF, | ) | |
| Petitioner | ) | Panel No. 2 |

Pursuant to Article 73, UCMJ, a Petition for a New Trial, in the above styled case was filed with this Court by counsel for the Petitioner on the 11th day of April, 2014.

The matter has been assigned **Misc. Dkt. No. 2014-03** and has been referred to **Panel 2** for review.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court